IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | | Cr. No.:19-10017 -STA |
| | * | |
| WILSON DALTON WATKINS, | | |
| | * | |
| Defendant. | | |
| | * | |

---

ORDER AND NOTICE OF SETTING

---

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for: **Tuesday, July 30, 2019 at 10:00a.m.**

IT IS SO ORDERED, this the 8th day of JULY, 2019

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF U.S. DISTRICT JUDGE